

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

May 1, 1939

Mr. R. E. Beasley
County Auditor
McKinney, Texas

Dear Sir:

Opinion No. 0-635
Re: What are the proper charges to
be allowed to the constable
for mileage under the facts
set forth?

Your request for an opinion on the above-stated ques-
tion has been received by this office.

Your letter reads in part as follows:

"At the present time the Collin County
Jail here in McKinney is being renovated.
We are using the Hunt County jail at Green-
ville to keep our prisoners. The Constable
of Precinct No. 2 lives in Farmersville
which is about equal distance between McKin-
ney and Greenville. He has arrested a negro
on a chicken theft case, carried him to
Greenville, put him in jail, left him over
night, went back the next morning and got
him and brought him to McKinney and filed a
charge of chicken theft against him. In re-
porting his mileage he claims the mileage
from Farmersville to Greenville and from
Greenville back to McKinney.

"Please advise us as to whether this is
the proper procedure for him to follow in
this case or whether he should have brought
the prisoner directly to McKinney and turned
him over to the sheriff and let the sheriff
then carry him to Greenville and in that case
just claim mileage from Farmersville to Mc-
Kinney. This is a question that has arisen a

few times already and probably will arise
more times before our jail is completed and
we can move into it."

Article 1029, Code of Criminal Procedure, reads in
part as follows:

"In each county where there has been
cast at the preceding Presidential elec-
tion three thousand (3000) votes or more,
the sheriff and constable shall receive
the following fees:

"Section 4. For removing or convey-
ing prisoners, for each mile going and com-
ing, including guards and all other neces-
sary expenses, when traveling by railroad,
ten cents (10¢). When traveling otherwise
than by railroad, fourteen cents (14¢);
provided that where more than one prisoner
is so conveyed or removed at the same time,
in addition to the foregoing, he shall be
allowed eight cents (8¢) per mile for each
additional prisoner."

We are informed by the Comptroller's office that
Collin County cast at the preceding Presidential election
over three thousand (3000) votes. Therefore, Article 1029,
supra, would be applicable to Collin County.

Article 1031, Code of Criminal Procedure, reads as
follows:

"When services have been rendered, by
any peace officer other than the sheriff,
such as are enumerated in the two preced-
ing articles, such officer shall receive
the same fees therefor as are allowed the
sheriff. The same shall be taxed in the
sheriff's bill of costs, and noted therein
as costs due such peace officer; and when
received by such sheriff, he shall pay
the same to such peace officer."

Articles 217 and 233, Code of Criminal Procedure
read as follows:

"Article 217. In each case enumer-
ated in this chapter, the person making
the arrest shall immediately take the per-

Mr. R. E. Beasley, May 1, 1939, page 3

son arrested before the magistrate who may have ordered the arrest, or before the nearest magistrate where the arrest was made without an order.

"Article 233. The officer, or person executing a warrant of arrest, shall take the person whom he is directed to arrest forthwith before the magistrate who issued the warrant, or before the magistrate named in the warrant."

You are respectfully advised that it is the opinion of this department that when an arrest is made in the county where the offense is committed the accused must be taken before a magistrate, as required by Articles 217 or 233 of the Code of Criminal Procedure, and that the officer is entitled to be compensated for removing or conveying prisoners, for each mile going and coming, including guards and all other necessary expense, when traveling by railroad, ten cents (10¢). When traveling otherwise than by railroad, fourteen (14¢); and where more than one prisoner is so conveyed or removed at the same time, in addition to the foregoing he shall be allowed eight cents (8¢) per mile for each additional prisoner.

Trusting that the foregoing answers your inquiry, we remain

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Ardell Willi───

Ardell Williams
Assistant

AW-MR

APPROVED:

Gerald C. Mann
ATTORNEY GENERAL OF TEXAS